**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-00631-FDW-DCK**

| | |
|---|---|
| AQEEL MIXON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| STATE OF NORTH CAROLINA, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on its review of the docket in this matter.

On January 10, 2022, Plaintiff filed this civil action but failed to pay the filing fee or to submit an application to proceed in forma pauperis (IFP). [Doc. 1]. The Clerk, therefore, sent Plaintiff a notice of deficiency, directing Plaintiff to either pay the filing fee or file an IFP application. [Doc. 2]. Plaintiff untimely responded to the Court's deficiency notice by filing an IFP motion. [Doc. 3]. The Court found that Plaintiff's IFP motion was wholly insufficient. [Doc. 6]. Namely, Plaintiff simply wrote that the questions were "N/A" to him and stated that he could not pay the costs of these proceedings because, "A 'natural living man' and or a 'Natural person' is not bound by statutes, rules, codes, etc, to pay court fees." [Id. at 5]. The Court advised Plaintiff that it does not recognize Plaintiff's purported sovereign citizen status and it does not excuse Plaintiff from following the rules of this Court and paying the filing fee here. See West v. Purported Agents of Secretary of Treasury of United States, No. 1:19-cv-00107-MR-WCM, 2019 WL 3072602, at *2 (W.D.N.C. July 12, 2019). The Court denied Plaintiff's IFP motion without prejudice to Plaintiff filing an Amended Application or paying the filing fee within 14 days of the

Court's Order. [Doc. 6 at 2]. The Court further ordered Plaintiff that his failure to either pay the filing fee or file an Amended Application would result in a dismissal of this action without prejudice and without further notice to Plaintiff. [Id.]. Plaintiff has failed to comply with the Court's Order. As such, the Court will dismiss this action.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED without prejudice**.

The Clerk is instructed to terminate this proceeding.

Signed: April 11, 2022

Frank D. Whitney
United States District Judge

2

Case 3:21-cv-00631-FDW-DCK   Document 7   Filed 04/11/22   Page 2 of 2